UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PERRYMAN,

          Petitioner,

v.

JEFF McCOMBER, Warden,

          Respondent.

Case No. 16-cv-04571-YGR (PR)

**ORDER OF DISMISSAL**

This action was opened when Petitioner filed a motion for an extension of time to file a habeas petition. Dkt. 1. The Clerk of the Court sent two notifications to Petitioner that the action would be dismissed if he did not file a habeas petition and an *in forma pauperis* application. Dkts. 3, 4, 5, 6. Petitioner did not do so.

On October 11, 2016, Petitioner sent a notice stating that he filed the aforementioned motion in error, and that he wished for the Court to "close the action." Dkt. 7 at 2.

In light of Petitioner's notice above, this action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

This Order terminates Docket No. 1.

IT IS SO ORDERED.

Dated: October 17, 2016

YVONNE GONZALEZ ROGERS
United States District Judge